1 | Craig A. Ramseyer (Bar No. 99099)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
2 | 525 B Street, Suite 2200
San Diego, California  92101
3 | Telephone: 619.238.1900
Facsimile: 619.235.0398
4 |
5 | Attorneys for T.B. Penick & Sons, Inc. and Safeco
Insurance Company of America

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

10 | AHLBORN STRUCTURAL STEEL, INC., a
California corporation,

Case No.: 2:11-cv-01544-GEB-GGH

11 |             Plaintiff,

STIPULATION FOR EXTENSION OF
TIME FOR DEFENDANTS T.B. PENICK
& SONS, INC. AND SAFECO
INSURANCE COMPANY OF AMERICA
TO RESPOND TO THE COMPLAINT
AND ORDER THEREON

12 | v.

13 | T.B. PENICK & SONS, INC., A California
corporation and SAFECO INSURANCE
14 | COMPANY OF AMERICA, a Washington
Corporation,

16 |             Defendants.

1

999999/901057/1366423.01

Pursuant to Civil Local Rule 144, the parties hereby stipulate to extending the deadline for Defendants T.B. Penick & Sons, Inc. ("Penick") and Safeco Insurance Company of America ("Saefco") to move, plead or otherwise respond to the Miller Act Complaint ("Complaint") in this action.  This Stipulation is based on the following facts and circumstances:

1.      On June 8, 2011, Use-Plaintiff filed a Complaint seeking damages on a payment bond executed by Safeco, as surety, and Penick, as principal, in this Court.  Safeco was served on June 9, 2011.  Penick was served on June 23, 2011.  Thus the date for responsive pleadings would be June 30, 2011 for Safeco and July 14, 2011 for Penick.

2.      Safeco has tendered defense to Penick, who has accepted the tender.  However, its chosen counsel needs a conflict waiver to be executed because it has and concurrently represents another client suing on a separate and unrelated Safeco surety bond.  The waiver has been prepared and forwarded to Safeco.

3.      The parties agree to extend the time for Defendant to move, plead or otherwise respond to the Complaint up to and including July 14, 2011. There has been no previous continuances sought or granted.

DATED:  July 8, 2011             PROCOPIO CORY HARGREAVES
                                 & SAVITCH LLP


                                 By: */s/ Craig A. Ramseyer*
                                 Craig A. Ramseyer
                                 Craig.Ramseyer@procopio.com
                                 Attorneys for Defendants
                                 T.B. Penick & Sons, Inc. and
                                 Safeco Insurance Company of America

DATED:  July 8, 2011             LAW OFFICES OF THOMAS P. KELLY JR. INC.


                                 By: */s/ Thomas Philip Kelly, Jr.*
                                 Thomas Philip Kelly, Jr.
                                 kellylaw@pacbell.net
                                 Attorneys for Plaintiff
                                 Ahlborn Structural Steel, Inc.

2

999999/901057/1366423.01

<u>**ORDER**</u>

IT IS SO ORDERED.

**Date: <u>7/8/2011</u>**

_[signature]_

GARLAND E. BURRELL, JR.
United States District Judge

3

999999/901057/1366423.01